rev. 8/31/07
Case 4:19-cr-00655-HSG   Document 46   Filed 01/16/20   Page 1 of 1

| DOCUMENTS UNDER SEAL ☐ | TOTAL TIME (mins): 5 mins. | |
|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK: Ivy L. Garcia | FTR: 10:34-10:39 |
| MAGISTRATE JUDGE: DONNA M. RYU | DATE: 1/16/2020 | NEW CASE ☐ — CASE NUMBER: CR-19-0655-HSG-4 |

## APPEARANCES

| DEFENDANT: ALFREDO TAPIA SANDOVAL | AGE | CUST: YES | P/NP: P | ATTORNEY FOR DEFENDANT: Robert Waggener (prov. apptd.) | PD. ☐  RET. ☐  APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY: Ryan Rezaei | | INTERPRETER: Angela Zawadski (Spanish) | | ☒ FIN. AFFT NOT SUBMITTED | ☒ COUNSEL PROV. APPT'D NUNC PRO TUNC 1/13/2020 |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER: Jessica Portillo | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | PARTIAL PAYMENT OF CJA FEES ☐ | |

## PROCEEDINGS SCHEDULED TO OCCUR

| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☒ ARRAIGNMENT — HELD 2 mins. | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ OTHER |
| ☒ STATUS RE: DETENTION HRG — HELD 2 mins. | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☒ ATTY APPT HEARING — HELD 1 min. |

## INITIAL APPEARANCE

☐ ADVISED OF RIGHTS  ☐ ADVISED OF CHARGES  ☐ NAME AS CHARGED IS TRUE NAME  ☐ TRUE NAME:

## ARRAIGNMENT

☐ ARRAIGNED ON INFORMATION  ☒ ARRAIGNED ON INDICTMENT CTS. 1, 8-9, 11 & 17 WITH FORFEITURE ALLEGATION  ☒ READING WAIVED SUBSTANCE  ☐ WAIVER OF INDICTMENT FILED

## RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

PROPERTY TO BE POSTED  ☐ CASH $   CORPORATE SECURITY ☐   REAL PROPERTY: ☐

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

## PLEA

| ☐ CONSENT ENTERED | ☒ NOT GUILTY AS TO ALL CTS. AGAINST HIM | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

## CONTINUANCE

| TO: 1/30/2020 | ☒ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET |
|---|---|---|---|---|
| AT: 10:30 a.m. | ☒ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGNMENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON. D. M. RYU | ☒ DETENTION HEARING & SET DATE BEF. JUDGE HSG | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

## ADDITIONAL PROCEEDINGS

Deft. has ICE detainer.  cc: DMR's Files; Pret. Svcs.

DOCUMENT NUMBER: