1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney

2  HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  RYAN REZAEI (CABN 285133)
   Assistant United States Attorney

5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102-3495
      Telephone: (415) 436-7534
7     FAX: (415) 436-7234
      ryan.rezaei@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 19-CR-655-4 HSG |
| Plaintiff, | PROTECTIVE ORDER |
| v. | |
| EDUARDO GUZMAN TORRES,<br>  a/k/a "Miguel" a/k/a "Mikey" a/k/a "Michael" a/k/a "Ramon Guzman-Jimenez" a/k/a "Fortino" a/k/a "Ramon Jimenez" a/k/a "Fabian Cisneros" a/k/a "Hernan Torres Garcia" a/k/a "Potes" a/k/a "Alex,"<br>JUAN DIEGO GALLEGOS-MOYA,<br>ERNESTO OCHOA,<br>ALFREDO TAPIA SANDOVAL,<br>  a/k/a "Fredi Tapia-Sandoval" a/k/a "Fredi,"<br>MARCOS ALVAREZ CORONA,<br>ANTONIO RAMIREZ-JIMENEZ,<br>JUAN CARLOS GUZMAN,<br>  a/k/a "Jose Rosa-Perez,"<br>ANGEL RINCON-MENETA,<br>MARIO LAST NAME UNKNOWN,<br>ADILENE RAMIREZ,<br>ERICA LAGUNAS, and<br>TERESA GUZMAN-RODRIGUEZ,<br>  a/k/a "Mono" a/k/a "Monos,<br><br>Defendants. | |

With the agreement of the parties, the Court enters the following Protective Order:

The defendant is charged with controlled-substances offenses. Upon receipt of discovery requests, the United States will produce to defense counsel documents and other materials pertaining to the defendants and the charged offenses.

The discovery to be provided includes documents or other materials falling into the following categories (collectively, "Protected Information"):

1. Sealed court orders authorizing the interception of wire and electronic communications over telephones, and associated documents, as set forth in Attachment A, that contain Personal Identifying Information ("PII") of the defendants and third parties (including without limitation any person's date of birth, social security number, residence or business address, telephone numbers, email addresses, driver's license number, professional license number, family members' names, or criminal histories), as well as information regarding potential targets of investigation;

2. Other court filings, including warrants for premises, vehicle trackers, and cell phone location data, and associated documents, as set forth in Attachment B, that contain PII of defendants and third parties; and

3. Audio and video recordings involving confidential sources and undercover officers.

To ensure that Protected Information is not subject to unauthorized disclosure or misuse,

**IT IS HEREBY ORDERED** that, notwithstanding any sealing order, the government may produce the documents in Attachments A and B relating to this investigation as necessary to comply with its discovery obligations.

**IT IS FURTHER ORDERED** that the documents listed in Attachment A, as well as audio and video recordings involving confidential sources and undercover officers, shall be produced to defense counsel of record, their investigators, assistants, employees, and any experts retained to assist with preparation of the defense in the captioned case, so long as they have reviewed and agreed to be bound by this Order (collectively, "the defense team"). The defense team may review the documents and recordings with the defendant, but shall not provide the defendant with copies of, or permit the defendant to make copies of, or have unsupervised access to these documents and recordings.

**IT IS FURTHER ORDERED** that the documents listed in Attachment B shall be produced to

the defendant in addition to the defense team. However, these documents shall not be disseminated or disclosed to anyone other than the defendant and the defense team, except upon the express authorization of this Court.

All materials containing Protected Information shall be stamped on their face "PROTECTED INFORMATION – SUBJECT TO PROTECTIVE ORDER."

The government and defense counsel are ordered to work together to ensure that these materials are protected, but that each defendant has as much access to the materials as can be provided consistent with this Court's order.

The defendants and all members of each defense team who receive discovery under this Order shall be provided a copy of this Order along with those materials and shall initial and date the order reflecting their agreement to be bound by it.

The materials provided pursuant to this protective order may only be used for the specific purpose of preparing or presenting a defense in this matter, unless specifically authorized by the Court.

This Order shall also apply to any copies made of any materials covered by this Order.

**IT IS FURTHER ORDERED** that neither a defendant nor any member of the defense team shall provide any discovery material containing Protected Information to any third party (*i.e.*, any person who is not a member of the defense team in this case) or make any public disclosure of the same, other than in a court filing, without the government's express written permission or further order of this Court.

If a party files a pleading that contains or attaches Protected Information subject to this Order, the Protected Information must be redacted from the public filing and filed under seal. The defense team shall comply with Criminal Local Rule 56-1 to ensure that Protected Information is not improperly disclosed.

**IT IS FURTHER ORDERED** that defense counsel shall return materials subject to this Protective Order (including any copies) to the United States, or destroy such materials and certify to the United States that they have been destroyed, within 14 days after whichever event occurs last in time: dismissal of all charges against the defendant; defendant's acquittal; defendant's sentencing; or the conclusion of any direct appeal. Should the defense team seek to retain copies of any materials subject to this protective order, the defense team may, within the time limits set out in the preceding sentence,

request that the government provide copies of such materials with all Protected Information appropriately redacted. Government counsel shall provide such redacted copies within a reasonable time after the defense team's request.

The United States shall maintain materials subject to this Protective Order until the period for filing a motion under 28 U.S.C. § 2255 has expired. After the statutory period for filing a motion under 28 U.S.C. § 2255 has expired, the United States is free to destroy documents and materials subject to this Order. If defendant is represented by counsel and files a motion pursuant to 28 U.S.C. § 2255, the United States will provide counsel with the documents and materials subject to this Protective Order under the terms of this Order. Defendant's attorney in any motion under 28 U.S.C. § 2255 shall return the documents and materials subject to this Protective Order within 14 days after the district court's ruling on the motion or 14 days after the conclusion of any direct appeal of the district court's order denying the motion, whichever is later.

This stipulation is without prejudice to either party applying to the Court to modify the terms of any protective order. This Court shall retain jurisdiction to modify this Order upon motion of either party even after the conclusion of district court proceedings in this case.

**IT IS SO STIPULATED.**

DAVID L. ANDERSON
United States Attorney

Dated: January 16, 2020

_____/s/_____
RYAN REZAEI
Assistant United States Attorney


_____/s/_____
ROBERT WAGGENER
Counsel for Defendant Alfredo Tapia Sandoval

**IT IS SO ORDERED.**

Dated: 1/17/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

**ATTACHMENT A**

WIRETAP APPLICATIONS, AFFIDAVITS, AND ORDERS

| Docket Number | Warrant/Order Date | Description |
| --- | --- | --- |
| 19-90702 MISC HSG | 8/8/19 | TARGET TELEPHONE 1 |
| 19-90865 MISC HSG | 9/20/19 | TARGET TELEPHONES 2 AND 3 |
| 19-90895 MISC HSG | 9/30/19 | TARGET TELEPHONE 4 |

# ATTACHMENT B

## PEN REGISTER APPLICATIONS AND ORDERS

| Docket Number | Warrant/Order Date | Description |
|---|---|---|
| 19-90127 MISC | 2/7/19 | 1 phone |
| 19-90250 MISC | 3/18/19 | 1 phone |
| 19-90384 SK | 5/7/19 | 1 phone |
| 19-90504 MISC LB | 6/7/19 | 1 phone |
| 19-90505 MISC LB | 6/7/19 | 1 phone |
| 19-90519 MISC LB | 6/12/19 | 1 phone |
| 19-90701 MISC EDL | 8/7/19 | 1 phone |
| 19-90701 MISC EDL | 8/7/19 | 1 phone |
| 19-90701 MISC EDL | 8/7/19 | 1 phone |
| 19-90701 MISC EDL | 8/7/19 | 1 phone |
| 19-90701 MISC EDL | 8/7/19 | 1 phone |
| 19-90701 MISC EDL | 8/7/19 | 1 phone |
| 19-90701 MISC EDL | 8/7/19 | 1 phone |
| 19-90701 MISC EDL | 8/7/19 | 1 phone |
| 19-90724 MISC DMR | 8/14/19 | 1 phone |
| 19-90725 MISC DMR | 8/14/19 | 1 phone |
| 19-90726 MISC DMR | 8/14/19 | 1 phone |
| 19-90756 MISC DMR | 8/21/19 | 1 phone |
| 19-90757 MISC DMR | 8/21/19 | 1 phone |
| 19-90777 MISC DMR | 8/26/19 | 1 phone |
| 19-90810 MISC KAW | 9/5/19 | 1 phone |
| 19-90811 MISC KAW | 9/5/19 | 1 phone |
| 3-19-71544 JCS | 9/20/19 | 1 phone |
| 3-19-71544 JCS | 9/20/19 | 1 phone |
| 19-CR-90919 MISC JSC | 10/4/19 | 1 phone |
| 19-CR-90920 MISC JSC | 10/4/19 | 1 phone |
| 19-CR-90945 MISC DMR | 10/11/19 | 1 phone |
| 19-CR-90990 MISC DMR | 10/23/19 | 1 phone |
| 19-CR-90991 MISC DMR | 10/23/19 | 1 phone |
| 19-CR-90992 MISC DMR | 10/23/19 | 1 phone |
| 19-CR-90993 MISC DMR | 10/23/19 | 1 phone |
| 19-CR-91025 MISC DMR | 11/6/19 | 1 phone |

## LOCATION DATA FOR CELLULAR TELEPHONES WARRANT APPLICATIONS/ORDERS

| Docket Number | Warrant/Order Date | Description |
| --- | --- | --- |
| 4-19-70436 KAW | 3/25/19 | 1 phone |
| 3-19-70701 SK | 5/7/19 | 1 phone |
| 3-19-70875 LB | 6/7/19 | 1 phone |
| 3-19-70983 TSH | 6/27/19 | 1 phone |
| 3-19-71146 TSH | 7/29/19 | 1 phone |
| 3-19-71260 EDL | 8/12/19 | 1 phone |
| 3-19-71261 EDL | 8/12/19 | 1 phone |
| 3-19-71262 EDL | 8/12/19 | 1 phone |
| 3-19-71263 EDL | 8/12/19 | 1 phone |
| 3-19-71266 EDL | 8/12/19 | 1 phone |
| 3-19-71267 EDL | 8/12/19 | 1 phone |
| 4-19-71299 DMR | 8/15/19 | 1 phone |
| 4-19-71332 DMR | 8/21/19 | 1 phone |
| 4-19-71333 DMR | 8/21/19 | 1 phone |
| 4-19-71364 DMR | 8/26/19 | 1 phone |
| 4-19-71472 KAW | 9/5/19 | 1 phone |
| 4-19-71473 KAW | 9/5/19 | 1 phone |
| 3-19-71544 JSC | 9/20/19 | 3 phones |
| 3-19-71545 JSC | 9/20/19 | 3 phones |
| 4-19-71740 DMR | 10/24/19 | 2 phones |
| 4-19-71742 DMR | 10/24/19 | 1 phone |
| 4-19-71839 DMR | 11/6/19 | 1 phone |
| 4-19-71921 KAW | 11/19/19 | 1 phone |

## VEHICLE TRACKING WARRANT APPLICATIONS/ORDERS

| Docket Number | Warrant/Order Date | Description |
| --- | --- | --- |
| 3-19-70665 SK | 5/1/19 | 1 vehicle |
| 3-19-70984 TSH | 6/27/19 | 1 vehicle |
| 3-19-71259 EDL | 8/12/19 | 1 vehicle |
| 3-19-71265 EDL | 8/12/19 | 1 vehicle |
| 4-19-71424 DMR | 8/30/19 | 1 vehicle |
| 4-19-71483 KAW | 9/6/19 | 1 vehicle |
| 3-19-71497 JCS | 9/11/19 | 1 vehicle |
| 3-19-71546 JCS | 9/20/19 | 1 vehicle |
| 4-19-71676 DMR | 10/11/19 | 1 vehicle |
| 4-19-71737 DMR | 10/24/19 | 1 vehicle |

## PREMISES AND OTHER SEARCH WARRANT APPLICATIONS/ORDERS

| Docket Number | Warrant/Order Date | Description |
| --- | --- | --- |
| 4-19-71302 DMR | 8/29/19 | 1 company |
| 4-19-71888 KAW | 11/18/19 | 1 premises |
| 4-19-71889 KAW | 11/18/19 | 1 premises |
| 4-19-71890 KAW | 11/18/19 | 1 premises |
| 4-19-71891 KAW | 11/18/19 | 1 premises |
| 4-19-71892 KAW | 11/18/19 | 1 premises |
| 4-19-71893 KAW | 11/18/19 | 1 premises |
| 4-19-71894 KAW | 11/18/19 | 1 premises |
| 4-19-71895 KAW | 11/18/19 | 1 premises |
| 4-19-71896 KAW | 11/18/19 | 1 premises |
| 4-19-71897 KAW | 11/18/19 | 1 premises |
| 4-19-71898 KAW | 11/18/19 | 1 premises |

## POLE CAMERAS

| Docket Number | Warrant/Order Date | Description |
| --- | --- | --- |
| 19-90573 MISC TSH | 6/26/19 | 2 premises |