UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

| Date: December 1, 2021 | Time: 3:29-3:44 p.m. (15 Minutes) | Judge: HAYWOOD S. GILLIAM, JR. |
|---|---|---|
| Case No.: 4:19-cr-00655-HSG-4 | Case Name: USA v. Sandoval | |

**Defendant:** Alfred Tapia Sandoval **(Present; Custody)**
**Attorney for Plaintiff:** Ryan Rezaei
**Attorney for Defendant:** Robert Waggener
**Probation Officer:** Jessica Goldsberry
**Spanish Interpreter:** Monique Inciarte (**sworn**)

**Deputy Clerk:** Nikki D. Riley         **Court Reporter:** Raynee Mercado

**PROCEEDINGS:** SENTENCING-Held

**Notes:** The Court sentences the Defendant to: 24 months BOP; 3 years of supervised release under the usual terms and conditions and the special conditions; fine is waived; no restitution; $100.00 special assessment. See J&C for additional details. Defendant is remanded into the custody of the U.S. Marshal.